IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TROY BUSH                                                                    PLAINTIFF

v.                                    No. 4:24-cv-745-DPM

UNION PACIFIC RAILROAD COMPANY                          DEFENDANT

JUDGMENT

Bush's complaint is dismissed with prejudice. The Court retains jurisdiction until 13 December 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2024